## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 28th day of February, 2007, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*EMC Corporation*
Attn:   President/CEO
8770 West Bryn Mawr Avenue
Chicago, IL 60631

Mary E. Augustine (No. 4477)

653072-1